1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CRISPIN GONZALEZ-MORAS

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   NO. 2:12-CR-290 LKK
                                      )
11            Plaintiff,              )   **STIPULATION AND ORDER CONTINUING**
                                      )   **STATUS CONFERENCE AND EXCLUDING**
12    v.                              )   **TIME**
                                      )
13 CRISPIN GONZALEZ-MORAS,            )   DATE:    October 1, 2013
                                      )   TIME:    9:15 a.m.
14            Defendant.              )   JUDGE:   Hon. Lawrence K. Karlton
                                      )
15 _____   )

16        CRISPIN GONZALEZ-MORAS by and through his counsel, MATTHEW C. BOCKMON,

17 Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the

18 status conference set for September 4, 2013, be continued to October 1, 2013, at 9:15 a.m.

19        This continuance is being requested because defense counsel requires additional time to review the

20 proposed plea agreement with the defendant.

21        Counsel agrees that the time from August 28, 2013 through October 1, 2013, should be excluded

22 in computing the time within which trial must commence under the Speedy Trial Act,

23 §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice

24 served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

25 / / /

26 / / /

27 / / /

28

1 | DATED: August 28, 2013                    Respectfully submitted,

2                                             HEATHER E. WILLIAMS
                                              Federal Defender
3
                                              /S/ Matthew C. Bockmon
4                                             MATTHEW C. BOCKMON
                                              Assistant Federal Defender
5                                             Attorney for Defendant
                                              CRISPIN GONZALEZ-MORAS
6

7
   DATE: August 28, 2013                      BENJAMIN B. WAGNER
8                                             United States Attorney

9
                                              /S/ Matthew C. Bockmon for
10                                            NIRAV K. DESAI
                                              Assistant United States Attorney
11
                            **O R D E R**
12
           IT IS HEREBY ORDERED that this matter is continued to October 1, 2013, at 9:15 a.m., for
13
   further Status Conference.
14
           IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
15
   the period from August 28, 2013 up to and including October 1, 2013, is excluded from the time
16
   computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of
17
   justice served by this continuance outweigh the best interests of the public and the defendants in a speedy
18
   trial.
19

20 Dated: September 3, 2013

21

22                                            LAWRENCE K. KARLTON
                                              SENIOR JUDGE
23                                            UNITED STATES DISTRICT COURT

24

25

26

27

28